```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SUSAN ADENIYI-JONES, et al.       :         CIVIL ACTION
                                  :
         v.                       :
                                  :
STATE FARM MUTUAL AUTOMOBILE CO.  :         NO. 14-7101
```

ORDER

AND NOW, this 21st day of October, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant State Farm Mutual Automobile Insurance Company to compel the deposition of Rhonda Hill Wilson (Doc. # 40) is GRANTED, limited to Wilson's communications with the defendant regarding the plaintiffs' pre-litigation insurance claim; and

(2) the motion of plaintiffs Susan Adeniyi-Jones and Abraham K. Munabi for a protective order (Doc. # 42) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                       J.