```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SUSAN ADENIYI-JONES, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | NO. 14-7101 |

<u>ORDER</u>

AND NOW, this 30th day of June, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) Rhonda Hill Wilson, Esq., is disqualified as trial counsel for plaintiffs Susan Adeniyi-Jones and Abraham K. Munabi;

(2) the Clerk of Court is directed to place this case in CIVIL SUSPENSE;

(3) the plaintiffs, on or before August 1, 2016, shall either cause new trial counsel to enter an appearance on their behalf or advise the court in writing that they wish to proceed at trial without counsel; and

(4) failure of new counsel to enter an appearance on behalf of the plaintiffs or failure of the plaintiffs to file their election to represent themselves by August 1, 2016 will result in dismissal of this action without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
J.